UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ALI MUSAID AHMED MUTHANA, | Case No. 23-12869 |
| Plaintiff, | Sean F. Cox |
| v. | Chief United States District Judge |
| PAUL SCHREIBER and ELIZABETH POPIEL, | Curtis Ivy, Jr. |
| Defendants. | United States Magistrate Judge |

_____/

**ORDER GRANTING DEFENDANT'S MOTION TO TAKE PLAINTIFF'S DEPOSITION (ECF No. 27)**

Defendant Schreiber moved for leave to depose Plaintiff on February 20, 2025. (ECF No. 27). The motion is **GRANTED** as it complies with Fed. R. Civ. P. 30(a)(2), which requires leave of the Court to depose an incarcerated individual. Plaintiff did not oppose the motion. The Michigan Department of Corrections is ordered to produce Plaintiff for his deposition. The deposition must take place at a date and time agreed upon by the parties and the correctional facility. The deposition may occur in person, by telephone, or by video teleconference.

**IT IS SO ORDERED**.

The parties here may object to and seek review of this Order, but are required to file any objections within 14 days of service as provided for in Federal

Rule of Civil Procedure 72(a) and Local Rule 72.1(d).  A party may not assign as error any defect in this Order to which timely objection was not made.  Fed. R. Civ. P. 72(a).  Any objections are required to specify the part of the Order to which the party objects and state the basis of the objection.  When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in effect unless it is stayed by the magistrate judge or a district judge.  E.D. Mich. Local Rule 72.2.

Date: March 11, 2025

s/Curtis Ivy, Jr.
Curtis Ivy, Jr.
United States Magistrate Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System or by First Class U.S. mail on March 11, 2025.

s/Sara Krause
Case Manager
(810) 341-7850