UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALI MUSAID AHMED
MUTHANA,

    Plaintiff,                           Case No. 23-12869
                                                   Hon. Jonathan J.C. Grey
v.                                                  Magistrate Judge Curtis Ivy, Jr.

ELIZABETH POPIEL,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION (ECF No. 36)

On November 13, 2023, pro se Plaintiff Ali Musaid Ahmed Muthana filed this lawsuit, asserting claims against two Woodland Center Correctional Facility employees for retaliation and denial of access to the courts. (ECF No. 1.) On June 23, 2025, the only remaining defendant, Elizabeth Popiel, moved for summary judgment. (ECF No. 32.)

This matter now comes before the Court on Magistrate Judge Curtis Ivy, Jr.'s Report and Recommendation dated December 16, 2025. (ECF No. 36.) In the Report and Recommendation, Magistrate Judge Ivy recommends that the Court grant the motion for summary judgement. (*Id.*, PageID.358.) No party has filed an objection to the Report and

Recommendation.

The Court has had an opportunity to review this matter and finds that Magistrate Judge Ivy reached the correct conclusions for the proper reasons. Finding no error in Magistrate Judge Ivy's Report and Recommendation, the Court adopts the Report and Recommendation in its entirety. Furthermore, as neither party has raised an objection to the Report and Recommendation, the Court finds that the parties have waived any further objections to the Report and Recommendation. *Smith v. Detroit Fed'n of Tchrs. Loc. 231*, 829 F.2d 1370, 1373 (6th Cir. 1987) (a party's failure to file any objections waives his or her right to further appeal); *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

For the reasons stated above, **IT IS ORDERED** that the Report and Recommendation dated December 16, 2025 (ECF No. 36) is **ADOPTED** as this Court's findings of fact and conclusions of law.

**IT IS FURTHER ORDERED** that the motion for summary judgment (ECF No. 32) is **GRANTED**.

**IT IS FURTHER ORDERED** that Muthana's cause of action is **DISMISSED**.

**SO ORDERED**.

Dated: January 13, 2026             **s/Jonathan J.C. Grey**
                                    Jonathan J.C. Grey
                                    United States District Judge

## **Certificate of Service**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on January 13, 2026.

**s/ S. Osorio**
Sandra Osorio
Case Manager